UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 05-0322M-01 (CR) |
| | : | |
| **QUINTEN MONROE RANDOLPH,** | : | VIOLATIONS:  21 U.S.C. §846 |
| **Defendant.** | : | (Conspiracy to Distribute and Possess With |
| | : | Intent to Distribute 50 Grams or More of |
| | : | Cocaine Base) |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

Since on or before May 2004 through May 2005, within the District of Columbia and elsewhere, **QUINTEN MONROE RANDOLPH**, did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the United States, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the said mixture and substance was 50 grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

**(Conspiracy to Distribute and Possess With Intent to Distribute 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Section 846)

KENNETH L. WAINSTEIN
Attorney of the United States in
and for the District of Columbia
Bar No. 451-058

BY: _____
MARTIN DEE CARPENTER, Bar No. 431-211
Assistant United States Attorney
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W., Room No. 4828
Washington, D.C.  20530
(202) 514-7063
Email: martin.carpenter2@usdoj.gov