CO-526
(12/86)

**FILED**
AUG 23 2005
CLERK, U.S. DISTRICT Ct
DISTRICT OF COLUMB.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**SEALED**

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 05-277 (TFH)
)
Quinter Monroe Randolph )

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
Judge