AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF _____

**FILED**
AUG 23 2005
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

Quinten Monroe Randolph

**WAIVER OF INDICTMENT**

**SEALED**

CASE NUMBER: 05-277 (TFH)

I, \_\_Quinten Monroe Randolph\_\_, the above named defendant, who is accused of conspiracy to distribute and possess with intent to distribute 50 grams or more of cocaine base,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on \_\_8-23-05\_\_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer