UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>QUINTEN MONROE RANDOLPH,<br><br>Defendant. | **SEALED**<br>Criminal No. 05-277<br>TFH/DAR |

FILED

NOV 3 - 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER OF SEPARATION

For the reasons set forth by counsel on the record herein at a hearing on this date, it is, this 3rd day of November, 2006,

**ORDERED** that defendant Quinten Monroe Randolph, PDID #559293, DOB: 2/8/84 be held separate and apart from the following defendant: Raymond F. Cooke  PDID: 318488; and it is

**FURTHER ORDERED** that defendant Quinten Monroe Randolph be held at CTF.

November 3, 2006

DEBORAH A. ROBINSON
United States Magistrate Judge

