*Law Offices*
## Nave & Associates
*Attorneys at Law*

1301 U Street NW Suite 428
Washington, DC 20009

*Brandi S. Nave, DC MD*

*Of Counsel*
*Thomas Hill, MD*

4401-A Connecticut Avenue NW #285
Washington, DC 20008

**Please direct all inquires to main office:**
1301 U Street NW Suite 428
Washington, DC 20009
Phone:
(202) 408-6800
Facsimile
(202) 408-6801

*Paralegals*
*Dohnetta Massenberg*
*Pamela Miles*
*Quentin Randolph*

November 13, 2007

The Honorable Thomas F. Hogan
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

To The Honorable Thomas F. Hogan:

This letter is submitted on behalf of and written in support of Mr. Quinton Randolph regarding the matter before you.

I can unequivocally proclaim that Mr. Randolph is an energetic, motivated and conscientious individual. It has been my pleasure to have such a young and focused person to be a part of our growing team. Mr. Randolph stands far ahead of others with his professionalism and keen ability to be independently motivated in addition to motivating others. While Mr. Randolph is no stranger to adversity, he continues to persevere in order to positively enrich his life by setting high goals for himself and working hard to accomplish those goals.

Last semester, he enrolled in collegiate classes in order to obtain his bachelor's degree and has continued to display exemplary work performance during his 9 month tenure at Nave & Associates, PC. Mr. Randolph has exceeded expectations and performs his job duties as a paralegal with enthusiasm. When greeted with an assignment, he always displays a positive and cooperative attitude. Moreover, he works well with other co-workers, is a contributing team member and is always willing to offer help to someone in need.

Nave & Associates, PC represents clients from various industries and trades; however, despite a person's background, Mr. Randolph illustrates high respect, due diligence and advocacy for all persons. He has learned how to determine appropriate solutions and adhere to strict timelines while continuing to provide exemplary customer service to the clients that he manages (Please see the attached.)

Overall, Mr. Randolph is a charismatic, multi-talented and determined young man equipped with a strong work ethic and tenacious attitude that is beyond reproach. In addition to the above-mentioned skills, Mr. Randolph's strong verbal and written communication skill has not only made him a great asset at Nave and Associates, PC, but has also placed him on the path of a solid foundation as an exceptional example in the community.

It is with much sincerity that I submit this letter on behalf of Mr. Randolph. If he is granted such release, his employment at Nave & Associates, PC awaits.

Thank you for your time and consideration. Please do not hesitate to contact me directly for any further questions or concerns.

Sincerely,

Brandi S. Naye, Esquire

Enclosure