April 16, 2007

Brandi S. Nave
Law Offices
Nave & Associates
1301 U Street, NW, Suite 428
Washington, DC  20009

Re: Quentin Randolph

Ms. Nave, I want to let you know that I am very satisfied with the out come of my case. I had an accident on 08-27-06, and had not heard from your office until December 2006 by letter. The lawyer that was originally handling my case never returned any of my telephone calls, and I had decided I would not recommend anyone to your law firm until April 6, 2007, when I was informed that Mr. Randolph had taken over my case. Mr. Randolph assured me that my case was important and that when the case was given to him he began working on it. He had settled the case the day before I called and I'm happy to say I have signed off on the settlement. Because of Mr. Randolph's efforts in handling my case expeditiously I certainly will recommend your firm to all. Mr. Randolph is truly and asset to your company.

Gratefully

Darlene M. Jackson