THE FACE OF THIS DOCUMENT HAS A MULTI COLORED BACKGROUND THAT... EQUALLY AN... Y FROM... GHT WITH... ERAL AREAS BOTH LEFT AND RIGHT



GOVERNMENT
OF THE
DISTRICT OF COLUMBIA

**DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS**

**OCCUPATIONAL AND PROFESSIONAL LICENSING ADMINISTRATION**

**REAL ESTATE COMMISSION**

License No: SP 98366243

has met all requirements prescribed by law and regulations and is hereby licensed as

*Be it known that*

**QUINTEN M RANDOLPH**

*Salesperson*

in accordance with D.C. Law 4-209, the Real Estate Licensure Act of 1982, effective March 10, 1983.

In witness whereof, the said Board caused this license to be granted and attested by the official seal of the District of Columbia, this 12th day of January, 2007.

DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS

DIRECTOR

TO VERIFY AUTHENTICITY OF THIS DOCUMENT YOU MUST TURN OVER AND RUB THE PROMISSOR LOGO WITH FINGER. AUTHENTIC DOCUMENT WILL CHANGE COLOR FROM ORANGE TO YELLOW