Your Honor,

My name is Charmaynee A. Baale, Quinten Randolph's Girlfriend. Where I first met Mr. Randolph, I immediately fell for him. Little did he know, my life just hit a **dead** end. We just lost our home, my Grandfather that helped raise us, became very ill, and there became separated from my Mom and my Grandfather once again. I was in a relationship that was very abusive. I became homeless and didn't know where I would get my next meal. I really didn't want Mr. Randolph to know this. I saw something very special in him. Mr. Randolph was very intelligent, he had a beautiful heart, and personality. He also made me laugh. Mr. Randolph was the person that gave me food to eat and a place to stay. We finally got a chance to know one-another.

I realize that not everyone gets a second chance to better their lives. Your Honor, Mr Randolph was separated from his entire family and lost his father in a very tradgic way. When he finished telling me his story, I had tears in my eyes. The same tears that I have now, as I'm writing this letter, because I went through the same thing.

Since then, Mr Randolph is in college, employed at a great Law Firm, and just recently received his Real Estate License. Upon his release, we plan to start a family, if it hasn't happend already. Mr Randolph would be a wonderful father. With my prayers, my mom, and Mr Randolph, I've become a better woman. I know my Grandfather is smiling. And I'm sure our fathers are too. I take advantage of my second chance every day.

I hope Mr Randolp gets a chance to do the same. He just got a second chance to be closer to his family after all the lost years.

Your Honor, Mr Randolph is a "Success Story." Thank you very much for giving me a chance to express how much of a great guy Mr. Randolph really has become.

Thank you
Charmayne A. Battle