# FIHANKRA PLACE

*A Place for Beginnings — Building the Future — Turning Obstacles into Poss[ibilities]*

Fihankra Place, Inc was established July 1, 1997 as a contracted agency with Child and Family Ser[vices] services to adolescent males 12 to 16 years of age. The group home maintained 95% of its targete[d] surpassed the contract agreement. Fihankra's ability to anticipate the needs of youth led them to e[stablish a] Supervised Independent Living Program with 28 adolescent males and 17 females in September 1[9]

In June 1999, when Child and Family Services were perplexed with the number of unplanned pregi [sic] Fihankra Place established its own Teen Mothers Program. The Teen Mothers Program teaches par[enting,] nutrition, health care, and money management to 30 teen-age mothers and their children. In 200[2, the] Wellness Center was created as a comprehensive, community based, family centered, culturally co[mpetent] behavioral health system that is responsible and accessible to children, youth, and their families.

Today, Fihankra Place continues to set a higher standard of care for the Greater Washington Metro[politan area,] providing an integrated network of comprehensive, effective, and efficient behavioral services. In c[losing, Fihankra] Place hopes to cultivate self sufficiency, empowerment, dignity and respect.

**Fihankra Place, Inc**

Executive Offices
4645 Nannie Helen Burroughs NE
Washington, DC 20019
Office: (202) 399-6304
Fax: (202) 399-6092
Email: contact@fihankraplace.org

©2006 Fihankra Place, Inc. All rights reserved.