UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 05-277 (TFH) |
| | : | |
| QUINTEN MONROE RANDOLPH, | : | |
| | : | Sentencing Date: November 30, 2007 |
| Defendant. | : | |
| | : | |
| | : | <u>UNDER SEAL</u> |

<u>GOVERNMENT'S NOTICE OF SENTENCING DEPARTURE AND MEMORANDUM</u>
AND
<u>GOVERNMENT'S MOTION TO AWARD THREE POINTS FOR ACCEPTANCE 3E1.1</u>

    The United States of America, through its counsel, Jeffery A. Taylor, the United States Attorney for the District of Columbia submits the following notice that Defendant Randolph has provided substantial assistance to the United States. We submit that Defendant Randolph has pursuant to the Federal Sentencing Guideline, Section 3E1.1, Acceptance of Responsibility, earned an additional one-level decrease in his offense level and are therefore entitled to a total three-level reduction in his offense level for acceptance of responsibility. We do note that it is the Government's position that there is a quantitative and qualitative difference between the issues regarding the granting of a Section 3E1.1 motion and that of a motion for departure pursuant to 18 U.S.C. §3553(e) and Section 5K1.1 of the <u>U.S.S.G. Manual</u>. Our memorandum in support of Defendant Randolph's departure and sentencing states as follows:

    Defendant Randolph has provided substantial assistance to the Government in the investigation and prosecution of his coconspirators involved in his criminal conduct. Therefore, he is entitled to a downward sentencing departure from his sentencing guidelines and his

statutory mandatory minimum sentences. 18 U.S.C. §3553(e) and Section 5K1.1 of the U.S.S.G. Manual. Defendant Randolph has provided substantial information which resulted in his coconspirators pleading guilty in this case. In addition, he has made four purchases which have allowed law enforcement to open new investigations.

The prosecution team and the law enforcement task force believe that Defendant Randolph has provided substantial assistance to the United States. We recommended to the Departure Committee of the United States Attorney's Office for the District of Columbia that they receive this departure. The Departure Committee agreed with our recommendations and has awarded Defendants Randolph with a departure notice to this Court from both his guideline and statutory mandatory sentence requirements of imprisonment.

Still, we were extremely troubled by Defendant Randolph continued consumption of drugs and narcotics. Despite the assistance and steady hand of Pretrial Services Officer Tammie Everett, and the benefit of drug treatment, Defendant Randolph continued to break the law by possessing and ingesting narcotics and drugs. Additionally, based on Defendant Randolph' overall poor attitude, conduct (missing/late test dates and water loading) and need for satisfaction of the Title 18, Section 3553(a) factors we recommend a sentence of 36 months with credit for time served. We believe that a 36 month sentence is needed to reflect the seriousness of the offense, to promote respect for the law, and to provide a just punishment for his offenses. We submit that a 36 month sentence is reasonable to afford an adequate deterrence to his criminal conduct and to that of those defendants like him. Such a sentence would protect the public from further crimes of Defendant Randolph's. Defendant Randolph is in need of educational and vocational training, medical care, and other correctional treatment as demonstrated by his

continued positive illegal drug and narcotics consumption tests, the evidence developed as reflected in his plea agreement, his presentence report and the Government Proffer of Evidence which Defendant Randolph signed.

Accordingly, in light of his criminal history, his roles in the offense, the common factors for sentencing, his pre-trial confinement and his substantial assistance, we submit that Defendant Randolph's departure is warranted. We recommend a sentence of 36 months confinement.

WHEREFORE, it is respectfully requested that this motion be granted.

> Respectfully submitted,
>
> JEFFERY A. TAYLOR
> United States Attorney
> D.C. Bar No. 498-610
>
> _____
> Martin Dee Carpenter, D.C. Bar No. 431-211
> Criminal Division, Organized Crime & Narcotics
> Assistant United States Attorney's Office
> 555 4th Street, N.W., Room No. 4116
> Washington, D.C.  20530
> (202) 514-7063
> Email: martin.carpenter2@usdoj.gov

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of this pleading has been mailed, postage prepaid, this 27th day of November, 2007, to counsel for Defendant Randolph, John Jeffress, Esquire, by first class mail, postage prepaid, and by facsimile to (202) 208-7515, Suite No. 550, 625 Indiana Avenue, Northwest, D.C. 20004, Office No. (202) 208-7500.

 

                                                                                                                          _____

                                                    MARTIN DEE CARPENTER, Bar No. 431-211
                                                    Assistant United States Attorney
                                                    Organized Crime & Narcotics Trafficking Section
                                                    555 4th Street, N.W., Room No. 4828
                                                    Washington, D.C. 20530