## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA                    :

                           vs.              :    Criminal No.  05-277 (TFH)

QUINTEN MONROE RANDOLPH,                     :

### NOTICE OF APPEAL

**FILED**

DEC - 7 2007

NANCY MAYER WHITTINGTON. CLERK
U.S. DISTRICT COURT

**Name and address of appellant:**        Quinten M. Randolph
                                          DCDC 305-389
                                          Central Detention Facility
                                          1901 D Street, SE
                                          Washington, DC   20003

**Name and address of appellant's attorney:**    Jonathan Jeffress,
                                                  Assistant Federal Public Defender
                                                  625 Indiana Ave., N.W., Suite 550
                                                  Washington, DC 20004

**Offense: 21 U.S.C. 846; Conspiracy to distribute and possession with intent to
            Distribute 50 grams or more of cocaine base.**

**Concise statement of judgment or order, giving date, and any sentence: 11/30/07 - Count 1 -
sentenced to 30 months incarceration with credit for time served; 3 years Supervised Release;
special assessment of $100.00.**

**Name of institution where now confined, if not on bail: DC Detention Facility
                                                          Washington, DC 20003**

**I, the above-named appellant, hereby appeal to the United States Court of Appeals
for the District of Columbia from the above-stated judgment.**

|  |  |
|---|---|
| ___12/06/07___ | ___Quinten M. Randolph___ |
| DATE | APPELLANT |
| FPD | |
| CJA, NO FEE ✓ | _____ |
| PAID USDC FEE _____ | ATTORNEY FOR APPELLANT |
| PAID USCA FEE _____ | |

Does counsel wish to appear on appeal? Yes/No
Has counsel ordered transcripts? No
Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes

*Docketing statement attached*